The People of the State of New York,
against
Vincent Mass, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Ann E. Scherzer, J.), rendered October 16, 2015, after a jury trial, convicting him of driving while intoxicated, and imposing sentence.




Per Curiam.
Judgment of conviction (Ann E. Scherzer, J.), rendered October 16, 2015, affirmed.
The verdict convicting defendant of driving while intoxicated (see Vehicle and Traffic Law § 1192[3]) was supported by legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (see People v Danielson, 9 NY3d 342, 348—349 [2007]). The operation element of the offense was satisfied by evidence that defendant was behind the steering wheel of the vehicle with its motor running (see People v Alamo, 34 NY2d 453 [1974]). Defendant's intoxicated condition was established by the arresting officer's credited testimony that defendant exhibited classic signs of intoxication, such as having bloodshot eyes, slurred speech, an odor of alcohol on his breath and unsteadiness as he exited his vehicle (see People v Cruz, 48 NY2d 419 [1979], appeal dismissed 446 US 901 [1980]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concurI concur
Decision Date: March 20, 2019